### Sheppard et al. *v.* Holt Motor Express, Inc., Appellant.

Argued December 6, 1973.  *John J. O'Brien, Jr.,* for appellant; *Anthony P. Baratta,* for appellees.

Order affirmed.

SPAULDING, J., absent.